**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DAWN DAVIS, | ) | |
| | ) | 12 C 5843 |
| Plaintiff, | ) | |
| | ) | JUDGE ST. EVE |
| v. | ) | |
| | ) | |
| OFFICER JUNG, UNKNOWN OFFICER, and | ) | JURY DEMAND |
| THE CHICAGO POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBITS TO DEFENDANT CITY OF CHICAGO'S RULE 56.1(a) STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Description |
|---|---|
| A | Plaintiff's Complaint |
| B | Defendant City's Answer to Plaintiff's Complaint |
| C | Defendant City of Chicago's First Set of Interrogatories to Plaintiff |
| D | Defendant City of Chicago's First Set of Document Production Requests to Plaintiff |
| E | March 2, 2013 Letter to Attorney Greenlees |
| F | May 1, 2013 Letter to Attorney Penson |
| G | May 2, 2013 Minute Order |
| H | Plaintiff's Responses to Defendant City's First Set of Interrogatories |
| I | Plaintiff's Answer to Defendant Jaeho Jung's First Set of Interrogatories |
| J | Plaintiff's Position on Dismissal of the *Monell* Claim |
| K | Defendant City's Response to Plaintiff's First Request for Production of Documents |
| | |

| | |
|---|---|
| L | January 15, 2013 Letter from Attorney Greenlees |
| M | July 3, 2013 Letter to Attorney Penson |
| N | Plaintiff's Initial Rule 26(a)(1) Disclosures |
| O | Plaintiff's Supplementary 26(a)(1) Disclosures |