# EXHIBIT E



**City of Chicago**
**Rahm Emanuel, Mayor**

Department of Law

Stephen R. Patton
Corporation Counsel

George J. Yamin, Jr.
Senior Corporation Counsel
Federal Civil Rights Litigation
Division
30 North LaSalle Street
Suite 900
Chicago, Illinois 60602-2580
(312) 744-0454 (PHONE)
(312) 744-6566 (FAX)

gyamin@cityofchicago.org

http://www.cityofchicago.org

*Via Email and Fax (708/747-9445)*

March 2, 2013

John C. Greenlees
600 Holiday Plaza Drive
Suite 500
Matteson, Illinois 60443

Re:     *Davis v. Officer Jung, et al.*
        12 C 5843

Dear Counsel:

Pursuant to Fed.R.Civ.P. 37(a)(1), defendant City of Chicago requests that by 5:00 p.m. March 8, 2013, Plaintiff Dawn Davis answer outstanding written discovery propounded on her by the City. If the City has not received Plaintiff's answers and responses by that date, it will move to compel them.

The City served this discovery, via fax and U.S. mail, on December 6, 2012. During February, not having received Plaintiff's answers and responses, I attempted to reach you by telephone to discuss when Plaintiff intended to provide them. Specifically, I left at least three voice mail messages for you, each time asking that you return my call. I received one return call in the form of a voice mail message, which I returned in less than one hour, informing you of when I would be in the office and available to speak with you and asking you via a voice mail message to contact me. You never did.

Notwithstanding your failure to meet these obligations, you moved the court for leave to issue late written discovery to defendants. The City has timely answered that discovery.

As an alternative to litigating the *Monell* claims brought by Plaintiff in her Complaint, the City has asked that Plaintiff voluntarily dismiss them. I explained the reasons for Plaintiff to do so in a letter to you, dated December 16, 2012. (I have attached a copy of the letter hereto.) You have never responded to this letter.

If by March 8, Plaintiff agrees in writing to voluntarily dismiss with prejudice her *Monell* claims against the City brought in Count IV of her Complaint, the discovery the City has propounded on Plaintiff will be moot. In the absence of such an agreement, however, the City will move to compel Plaintiff to answer it, if she has not done so by March 8, as stated above.

Sincerely,

*[signature: George J. Yamin, Jr.]*

George J. Yamin, Jr.
Attorney for Defendant City of Chicago
Federal Civil Rights Litigation Division *Monell* Coordinator

cc: Marion Moore
    Barrett Rubens
    Thomas J. Aumann
    Scott Cohen

**EXHIBIT F**



**City of Chicago**
Rahm Emanuel, Mayor

**Department of Law**

Stephen R. Patton
Corporation Counsel

**Marion C. Moore**
Assistant Corporation Counsel
**Federal Civil Rights Litigation**
 Division
30 North LaSalle Street
Suite 900
Chicago, Illinois 60602-2580

(312) 744-1056
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)

http://www.cityofchicago.org

Via Facsimile and E-mail

May 1, 2013

Geneva L. Penson
Law Office of Geneva L. Penson, LLC
18 N. Broadway
P.O. Box 2285
Aurora, IL 60605
630-844-6960 (fax)
geneva_penson@att.net

Re: *Davis v. Jung*, 12 C 5843

Dear Counsel:

    At a prior status in the above case, Plaintiff's former counsel, Mr. Greenlees, indicated that Plaintiff would likely voluntarily dismiss the *Monell* claim against the City. If Plaintiff intends to do so, such dismissal must be with prejudice, and without ambiguity. If Plaintiff does not voluntarily dismiss the *Monell* claim at the status on May 2, 2013, Defendant City intends to fully litigate this claim to final disposition and expects Plaintiff's answers and responses to written to discovery to be served by May 10, 2013, as such discovery was sent to Plaintiff on December 6, 2012.

Sincerely,

Marion C. Moore
Assistant Corporation Counsel

cc: All counsel of record




# EXHIBIT G

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Dawn Davis

                        Plaintiff,

v.                                              Case No.: 1:12−cv−05843
                                              Honorable Amy J. St. Eve

Officer Jung, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 2, 2013:

       MINUTE entry before Honorable Amy J. St. Eve:Status hearing held on 5/2/2013 and continued to 6/27/2013 at 08:30 AM. Plaintiff shall answer all outstanding written discovery by 5/23/13. Plaintiff's position as to the Monell claim shall be filed by 5/31/13. Fact discovery shall be completed by 8/2/13. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAWN DAVIS , ) <br> ) <br> Plaintiff, ) <br> ) <br> vs ) <br> ) <br> OFFICER JUNG, UNKNOWN OFFICER, and ) <br> THE CHICAGO POLICE DEPARTMENT ) <br> ) <br> Defendants. ) | Case No. 12 C 5843 <br><br> Judge St. Eve <br><br><br> Magistrate Judge Gilbert |

## PLAINTIFF'S ANSWERS TO DEFENDANT CITY OF CHICAGO'S
## FIRST SET OF INTERROGATORIES TO PLAINTIFF

NOW COMES the Plaintiff, DAWN DAVIS, by her attorney, Geneva L. Penson, and pursuant to Fed. R. Civ. P. 33, provides the following answers to Defendant City of Chicago's interrogatories:

1. Because Defendant City of Chicago has not yet answered Plaintiff's written discovery and because the parties have not yet conducted other discovery on this issue, Plaintiff cannot presently answer this question. Investigation continues.

2. Because Defendant City of Chicago has not yet answered Plaintiff's written discovery and because the parties have not yet conducted other discovery on this issue, Plaintiff cannot presently answer this question. Investigation continues, and Plaintiff intends to rely upon any and all evidence uncovered during discovery and at trial to support these allegations.

3. Because Defendant City of Chicago has not yet answered Plaintiff's written discovery and because the parties have not yet conducted other discovery on

1

this issue, Plaintiff cannot presently answer this question. Investigation continues, and Plaintiff intends to rely upon any and all evidence uncovered during discovery and at trial to support these allegations.

4.  Because Defendant City of Chicago has not yet answered Plaintiff's written discovery and because the parties have not yet conducted other discovery on this issue, Plaintiff cannot presently answer this question. Investigation continues, and Plaintiff intends to rely upon any and all evidence uncovered during discovery and at trial to support these allegations.

5.  Because Defendant City of Chicago has not yet answered Plaintiff's written discovery and because the parties have not yet conducted other discovery on this issue, Plaintiff cannot presently answer this question. In addition, Plaintiff asked for information regarding prior citizen complaints against Officer Jung, but Defendant Jung declined to provide that information. Investigation continues, and Plaintiff intends to rely upon any and all evidence uncovered during discovery and at trial to support these allegations.

6.  Because Defendant City of Chicago has not yet answered Plaintiff's written discovery and because the parties have not yet conducted other discovery on this issue, Plaintiff cannot presently answer this question. In addition, Plaintiff asked for information and production of documents regarding prior citizen complaints against Officer Jung and prior discipline of Officer Jung, but Defendants declined to provide that information. Investigation continues, and Plaintiff intends to rely upon any and all evidence uncovered during discovery and at trial to support these allegations.

7.  Because Defendant City of Chicago has not yet answered Plaintiff's

written discovery and because the parties have not yet conducted other discovery on this issue, Plaintiff cannot presently answer this question. In addition, Plaintiff asked for information and production of documents regarding prior citizen complaints against Officer Jung and prior discipline of Officer Jung, but Defendants declined to provide that information. Investigation continues, and Plaintiff intends to rely upon any and all evidence uncovered during discovery and at trial to support these allegations.

8. Because Defendant City of Chicago has not yet answered Plaintiff's written discovery and because the parties have not yet conducted other discovery on this issue, Plaintiff cannot presently answer this question. In addition, Plaintiff asked for information and production of documents regarding prior citizen complaints against Officer Jung and prior discipline of Officer Jung, but Defendants declined to provide that information. Investigation continues, and Plaintiff intends to rely upon any and all evidence uncovered during discovery and at trial to support these allegations.

9. Because Defendant City of Chicago has not yet answered Plaintiff's written discovery and because the parties have not yet conducted other discovery on this issue, Plaintiff cannot presently answer this question. In addition, Plaintiff asked for information and production of documents regarding prior citizen complaints against Officer Jung and prior discipline of Officer Jung, but Defendants declined to provide that information. Investigation continues, and Plaintiff intends to rely upon any and all evidence uncovered during discovery and at trial to support these allegations.

10. Because Defendant City of Chicago has not yet answered Plaintiff's written discovery and because the parties have not yet conducted other discovery on this issue, Plaintiff cannot presently answer this question. In addition, Plaintiff asked for

information and production of documents regarding prior citizen complaints against Officer Jung and prior discipline of Officer Jung, but Defendants declined to provide that information. Investigation continues, and Plaintiff intends to rely upon any and all evidence uncovered during discovery and at trial to support these allegations.

11. Because Defendant City of Chicago has not yet answered Plaintiff's written discovery and because the parties have not yet conducted other discovery on this issue, Plaintiff cannot presently answer this question. In addition, Plaintiff asked for information and production of documents regarding prior citizen complaints against Officer Jung and prior discipline of Officer Jung, but Defendants declined to provide that information. Investigation continues, and Plaintiff intends to rely upon any and all evidence uncovered during discovery and at trial to support these allegations.

12. Because Defendant City of Chicago has not yet answered Plaintiff's written discovery and because the parties have not yet conducted other discovery on this issue, Plaintiff cannot presently answer this question. In addition, Plaintiff asked for information and production of documents regarding prior citizen complaints against Officer Jung and prior discipline of Officer Jung, but Defendants declined to provide that information. Investigation continues, and Plaintiff intends to rely upon any and all evidence uncovered during discovery and at trial to support these allegations.

13. Investigation continues.

14. Because Defendant City of Chicago has not yet answered Plaintiff's written discovery and because the parties have not yet conducted other discovery on this issue, Plaintiff cannot presently answer this question. In addition, Plaintiff asked for information and production of documents regarding prior citizen complaints against

Officer Jung and prior discipline of Officer Jung, but Defendants declined to provide that information. Investigation continues, and Plaintiff intends to rely upon any and all evidence uncovered during discovery and at trial to support these allegations.

15. Because Defendant City of Chicago has not yet answered Plaintiff's written discovery and because the parties have not yet conducted other discovery on this issue, Plaintiff cannot presently answer this question. In addition, Plaintiff asked for information and production of documents regarding prior citizen complaints against Officer Jung and prior discipline of Officer Jung, but Defendants declined to provide that information. Investigation continues, and Plaintiff intends to rely upon any and all evidence uncovered during discovery and at trial to support these allegations.

16. Investigation continues.

17. Because Defendant City of Chicago has not yet answered Plaintiff's written discovery and because the parties have not yet conducted other discovery on this issue, Plaintiff cannot presently answer this question. In addition, Plaintiff asked for information and production of documents regarding prior citizen complaints against Officer Jung and prior discipline of Officer Jung, but Defendants declined to provide that information. Investigation continues, and Plaintiff intends to rely upon any and all evidence uncovered during discovery and at trial to support these allegations.

18. Because Defendant City of Chicago has not yet answered Plaintiff's written discovery and because the parties have not yet conducted other discovery on this issue, Plaintiff cannot presently answer this question. In addition, Plaintiff asked for information and production of documents regarding prior citizen complaints against Officer Jung and prior discipline of Officer Jung, but Defendants declined to provide that

information. Investigation continues, and Plaintiff intends to rely upon any and all evidence uncovered during discovery and at trial to support these allegations.

  19. Investigation continues.

  20. Investigation continues.

  21. Investigation continues.

  22. Please see Plaintiff's Answers to Defendant Jaeho Jung's First Set of Interrogatories to Plaintiff. Plaintiff intends to rely upon any and all evidence uncovered during discovery and at trial to support these allegations.

                         _____
                         Dawn Davis, by One of her attorneys,

Geneva L. Penson
Attorney No. 6275680
Law Office of Geneva L. Penson, LLC
52 W. Downer Pl., Suite 301
Aurora, Illinois 60506-6113
(630) 844-6960

John C. Greenlees
Atty No. 6196135
P.O. Box 392
Brookfield, IL 60513
(708) 387-9517

## AFFIDAVIT OF DAWN DAVIS

    I, Dawn Davis, being first duly sworn on oath, declare and state that the statements set forth in the foregoing interrogatory answers are true and correct to the best of my knowledge, except as to matters herein stated to be on information and belief and as to such matters I declare and state that I verily believe the same to be true.

                         _____
                         Dawn Davis, Plaintiff

SUBSCRIBED AND SWORN TO BEFORE ME
on May 24, 2013.

_____
NOTARY PUBLIC

OFFICIAL SEAL
MICHAEL ANTHONY MADDOX
Notary Public - State of Illinois
My Commission Expires Jul 19, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the listed parties with PLAINTIFF'S ANSWERS TO DEFENDANT CITY OF CHICAGO'S FIRST SET OF INTERROGATORIES TO PLAINTIFF by placing them in the U.S. Mail at 525 N. Broadway, Aurora, Illinois 60505, on May 25, 2013.

Scott Cohen
Thomas Auman
Marion Moore
City of Chicago Department of Law
30 N. LaSalle St., Suite 900
Chicago, Illinois 60602

/s/ Geneva L. Penson
GENEVA L. PENSON
Attorney No. 6275680
Law Office of Geneva L. Penson, LLC
52 W. Downer Pl., Suite 301
Aurora, Illinois 60506-6113
(630) 844-6960