# EXHIBIT L

THE LAW FIRM OF

# John C. Greenlees, Ltd.

600 Holiday Plaza, Suite 500
Matteson, IL 60443-2239

Office: (708) 747-9440
Fax: (708) 747-9445

RECEIVED
FEDERAL CIVIL RIGHTS LITIGATION

JAN 2 2 2013

January 15, 2013

Thomas Aumann
Scott Cohen
City of Chicago, Department of Law
30 South LaSalle, Suite 900
Chicago, IL 60602

**Re: Davis v. Jung (1:12-cv-5843)**

Dear Counsel,

Enclosed herewith, please find the following documentation:

1. Plaintiff's Initial Rule 26 Disclosure
2. Plaintiff's First Request to Produce (City)
3. Plaintiff's First Interrogatories (Jung)

If you have any questions and/or concerns regarding any of the foregoing, please contact my offices at your earliest convenience.

Sincerely,

John C. Greenlees

# EXHIBIT M



**City of Chicago**
**Rahm Emanuel, Mayor**

**Department of Law**

Stephen R. Patton
Corporation Counsel

**Marion C. Moore**
**Assistant Corporation Counsel**
**Federal Civil Rights Litigation**
 **Division**
**30 North LaSalle Street**
**Suite 900**
**Chicago, Illinois 60602-2580**

(312) 744-1056
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)

http://www.cityofchicago.org

Via U.S. Mail

July 3, 2013

Geneva L. Penson
Law Office of Geneva L. Penson, LLC
18 N. Broadway
P.O. Box 2285
Aurora, IL 60505

Re: *Davis v. Jung*, 12 C 5843

Dear Counsel:

    Please find enclosed Officer Jung's Complimentary History, Officer Jung's Five-Year Employee Complaint History, Officer Jung's Training History printout, and the OEMC event query, Bates-stamped as FCRL 000038-000049.

                               Sincerely,

                               Marion C. Moore
                               Assistant Corporation Counsel

Encl.
cc: All counsel of record




# EXHIBIT N

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAWN DAVIS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 1:12-cv-5843 |
| ) | |
| OFFICER JUNG, UNKNOWN OFFICER, and ) | Hon. Amy St. Eve |
| THE CHICAGO POLICE DEPARTMENT, ) | Judge Presiding |
|     Defendants. ) | |

### PLAINTIFF'S RULE 26(a)(1) DISCLOSURES

NOW COMES the Plaintiff, DAWN DAVIS, by and through her attorney, John C. Greenlees, and hereby submits the following as his initial disclosure pursuant to Federal Rule of Civil Procedure 26(a)(1)(A):

    A.    Witnesses with discoverable information: Vehicle Driver

    Medical Personnel: Ingalls Memorial Hospital

    Adeebur Rahman, M.D.
    6703 W. 159th St., Suite 103
    Tinley Park, IL 60477
    708-342-3000

    B.    Plaintiff is in possession of no written or otherwise recorded statements of any witnesses in this matter. Plaintiff is in the process of obtaining medical records and other documentation including evidence of lost wages.

    Attached find:
    Discharge Documents, Ingalls Memorial Hospital, 5/20/11
    Certificate to Return to Work; 6/3/11

    C.    Plaintiff suffered a severely sprained wrist and injury to her forearm cause by the excessive force used by the defendant. Plaintiff missed work immediately following her injury. Plaintiff and her counsel are not in possession of any medical records or other reports documenting such injuries; counsel is in the process of investigating and obtaining these claims and records and will provide same upon receipt.

       D.       There is no insurance or other entity, carried by plaintiff, liable to cover or indemnify any part of plaintiff's damages.

                                      Respectfully submitted by:
                                      <u>By: /s/ John C. Greenlees</u>
                                      John C. Greenlees Atty No. 6196135
                                      600 Holiday Plaza Drive #500
                                      Matteson IL 60443
                                      708 747 9440    708 747 9445 facsimile

# EXHIBIT O

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAWN DAVIS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 1:12-cv-5843 |
| ) | |
| OFFICER JUNG, UNKNOWN OFFICER, and ) | Hon. Amy St. Eve |
| THE CHICAGO POLICE DEPARTMENT, ) | Judge Presiding |
|     Defendants. ) | |

## PLAINTIFF'S SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES

NOW COMES the Plaintiff, DAWN DAVIS, by and through her attorney, John C. Greenlees, and hereby submits the following as his initial disclosure pursuant to Federal Rule of Civil Procedure 26(a)(1)(A):

    A.    Witnesses with discoverable information:

Vennit Carlvin


Respectfully submitted by:
By: /s/ John C. Greenlees
John C. Greenlees Atty No. 6196135
600 Holiday Plaza Drive #500
Matteson IL 60443
708 747 9440    708 747 9445 facsimile